# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 80 |
|---|---|---|
| | : | |
| APPOINTMENT TO THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND | : | |
| FOR CLIENT SECURITY BOARD OF | : | DOCKET |
| TRUSTEES | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of January, 2022, John P. Kopesky, Esquire, Philadelphia, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board of Trustees for a term expiring April 1, 2025.